ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAMERON L. DENNIS, ) | |
| ) | CASE NO. 5:05CV2938 |
| Movant, ) | |
| ) | Judge John R. Adams |
| v. ) | |
| ) | ORDER & JUDGMENT |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This Court has examined the Report and Recommendation ("Report") of Magistrate Judge James S. Gallas, which was submitted in this matter on December 14, 2006. In his Report, the Magistrate Judge recommended that the Court dismiss Dennis's motion. Having reviewed the matter, the Court hereby adopts the Magistrate Judge's Report and dismisses this case due to mootness of the relief requested by Dennis under 28 U.S.C. § 2255. Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Dennis may not take an appeal from the this decision in good faith.

IT IS SO ORDERED.

| January 11, 2007 | *s/John R. Adams* |
|---|---|
| Date | John R. Adams |
| | U.S. District Judge |